JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-00156-JVS(ANx) | Date | November 30, 2010 |
| Title | Erica Possin, et al. v. CONSUMERINFO.COM, Inc., etc. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(In Chambers)  ORDER REMOVING ACTION FROM ACTIVE CASELOAD**

     This Court, having granted the parties stipulation to stay this action pending decision by the U.S. Supreme Court in AT&T Mobility v. Concepcion on November 24, 2010,  hereby removes the action from the active caseload to be reinstated upon application of the parties to vacate the stay and set the necessary case management dates.

     In order to permit the Court to monitor this action, the Court hereby orders the parties to file a  status report not later than March 30, 2011.  Successive reports shall be filed every one hundred twenty (120) days thereafter.  Each report must indicate the date on which the next report is due.

     :    00

Initials of Preparer    kjt