Richard J. Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
Marc K. Callahan (State Bar No. 156616)
mkcallahan@jonesday.com
Corbett H. Williams (State Bar No. 246458)
chwilliams@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612
Telephone:   (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
CONSUMERINFO.COM, INC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA POSSIN, individually and for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMERINFO.COM, INC., d/b/a FREECREDITREPORT.COM,<br><br>Defendant. | Case No. SACV10-00156-JVS(ANx)<br><br>Assigned for all purposes to Hon. James V. Selna<br><br>**DEFENDANT CONSUMERINFO.COM, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Date:         October 24, 2011<br>Time:        1:30 p.m.<br>Judge:       Hon. James V. Selna<br>Courtroom:  10C |

IRI-25830v1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on October 24, 2011, at 1:30 p.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable James V. Selna, located at 411 West Fourth Street, Santa Ana, California, 92701-4516, defendant ConsumerInfo.com, Inc. ("CIC") will, and hereby does, move this Court for an order compelling arbitration of plaintiff Erica Possin's claims against CIC and staying proceedings pending this arbitration.

This motion is based on this notice of motion and motion, the supporting memorandum of points and authorities, the Declarations of David Williams and Richard J. Grabowski, all pleadings and papers on file in this action, and such further evidence and argument as may be submitted in responsive briefing and at oral argument.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which was conducted on August 4, 2011.  (*See* Declaration of Richard J. Grabowski, ¶ 7.)

Dated: September 6, 2011                    JONES DAY

                                              By: /s/Richard J. Grabowski
                                                     Richard J. Grabowski

Attorneys for Defendant
CONSUMERINFO.COM, INC.

IRI-25830v1

- 1 -